**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

LYNN CLARK, II,                                )
                                               )
                    Petitioner,                )
                                               )
v.                                             )        Case No. CIV-22-296-J
                                               )
SCOTT CROW,                                    )
                                               )
                    Respondent.                )

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and a motion to proceed in forma pauperis [Doc. No. 2].  The matter was referred to United States Magistrate Judge Shon T. Erwin who entered a Report and Recommendation recommending the Court deny Petitioner's motion to proceed in forma pauperis and require Petitioner to pay the full $5.00 filing fee.  [Doc. No. 5].  Thereafter, Petitioner paid the $5.00 filing fee.  [Doc. No. 6].

The Court ADOPTS the Report and Recommendation [Doc. No. 5] and DENIES Petitioner's motion to proceed in forma pauperis [Doc. No. 2].  Additionally, since Petitioner has paid the $5.00 filing fee, the Court rerefers this matter to Magistrate Judge Erwin for proceedings as outlined in the Court's earlier referral.  [Doc. No. 4].

IT IS SO ORDERED this 25th day of April, 2022.


_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE